

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 P 4: 36

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| STEPHEN F. GRAY, ASSIGNEE, WILLIAM DUBINSKY & SONS, INC. d/b/a DUBINSKY, MUSTO & PARMALEE, | : |
| Plaintiffs, | : Civil No. 303CV0171 SRU |
| v. | : |
| TINAROSE PRODUCE, LLC, et al. | : |
| Defendants. | : |

## NOTICE OF SATISFACTION OF ORDER, RELEASE AND DISMISSAL WITH PREJUDICE

To the Court Clerk:

Plaintiff, Stephen F. Gray, Assignee, William Dubinsky & Sons, Inc. d/b/a Dubinsky, Musto & Parmalee, hereby acknowledges payment from Defendants as full and complete satisfaction of the Stipulation and Order entered in this case on June 5, 2003, and hereby releases defendants from any and all claims, and requests dismissal of this action with prejudice as to all defendants.

Respectfully submitted,

BERDON, YOUNG & MARGOLIS, PC

_____
Stuart A. Margolis, #CT08803
132 Temple Street
New Haven, CT 06510
(203) 772-3740

and

McCARRON & DIESS

*[signature: Mary Jean Fassett]*

Mary Jean Fassett, Esq., CT#10925
4910 Massachusetts Ave., NW, #18
Washington, D.C. 20016
(202) 364-0400

Counsel For Plaintiff

IT IS SO ORDERED.

    DONE AND ORDERED in the District of Connecticut, this \_\_\_ day of

_____, 2003.

                                                   _____
                                                 United States District Judge

Copies furnished to:
Stuart A. Margolis, Esq.
Mary Jean Fassett, Esq.
Robert C. Wilson, Esq.

| | |
|---|---|
| STEPHEN F. GRAY, ASSIGNEE | : |
| WILLIAM DUBINSKY & SONS, INC. | : |
| D/B/A DUBINSKY, MUSTO | : |
| & PARMALEE | : |
|     PLAINTIFF | : 303CV0171 SRU |
| | : |
| VS. | : |
| | : |
| TINAROSE PRODUCE, LLC, et al | : |
| | : |
|     DEFENDANTS | : NOVEMBER 6, 2003 |

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the date hereon via first-class mail, postage prepaid to all pro se parties and counsel of record including:

Attorney Mary Jean Fassett
McCarron & Diess
4910 Massachusetts Avenue, N.W.
Suite 18
Washington, DC 20016

Attorney Robert C. Wilson
Brian P. Borghesi & Associates
102 Wolcott Road
Wolcott, CT 06716

            _____
            Stuart A. Margolis  ct08803
            Commissioner of the Superior Court



RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 P 4: 36

US DISTRICT COURT
BRIDGEPORT CT

STEPHEN F. GRAY, ASSIGNEE,
WILLIAM DUBINSKY & SONS, INC. d/b/a
DUBINSKY, MUSTO & PARMALEE,

        Plaintiffs,

v.

TINAROSE PRODUCE, LLC, et al.

        Defendants.

: Civil No. 303CV0171 SRU

## NOTICE OF SATISFACTION OF ORDER, RELEASE AND DISMISSAL WITH PREJUDICE

To the Court Clerk:

    Plaintiff, Stephen F. Gray, Assignee, William Dubinsky & Sons, Inc. d/b/a Dubinsky, Musto & Parmalee, hereby acknowledges payment from Defendants as full and complete satisfaction of the Stipulation and Order entered in this case on June 5, 2003, and hereby releases defendants from any and all claims, and requests dismissal of this action with prejudice as to all defendants.

        Respectfully submitted,

        BERDON, YOUNG & MARGOLIS, PC

        Stuart A. Margolis, #CT08803
        132 Temple Street
        New Haven, CT 06510
        (203) 772-3740

and

McCARRON & DIESS

*Mary Jean Fassett*

Mary Jean Fassett, Esq., CT#10925
4910 Massachusetts Ave., NW, #18
Washington, D.C. 20016
(202) 364-0400

Counsel For Plaintiff

IT IS SO ORDERED.

DONE AND ORDERED in the District of Connecticut, this ____ day of _____, 2003.

_____
United States District Judge

Copies furnished to:
Stuart A. Margolis, Esq.
Mary Jean Fassett, Esq.
Robert C. Wilson, Esq.

2

STEPHEN F. GRAY, ASSIGNEE  
WILLIAM DUBINSKY & SONS, INC.  
D/B/A DUBINSKY, MUSTO  
& PARMALEE  

      PLAINTIFF   : 303CV0171 SRU

VS.

TINAROSE PRODUCE, LLC, et al

      DEFENDANTS : NOVEMBER 6, 2003

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed on the date hereon via first-class mail, postage prepaid to all pro se parties and counsel of record including:

Attorney Mary Jean Fassett  
McCarron & Diess  
4910 Massachusetts Avenue, N.W.  
Suite 18  
Washington, DC 20016

Attorney Robert C. Wilson  
Brian P. Borghesi & Associates  
102 Wolcott Road  
Wolcott, CT 06716

        Stuart A. Margolis   ct08803  
        Commissioner of the Superior Court

STEPHEN F. GRAY, ASSIGNEE  :
WILLIAM DUBINSKY & SONS, INC.  :
D/B/A DUBINSKY, MUSTO  :
& PARMALEE  :
                                                :  303CV0171 SRU
                    PLAINTIFF  :
                                                :
VS.                                             :
                                                :
TINAROSE PRODUCE, LLC, et al  :
                                                :
                    DEFENDANTS  :  NOVEMBER 6, 2003

## CERTIFICATION

     This is to certify that a copy of the foregoing was mailed on the date hereon via first-class mail, postage prepaid to all pro se parties and counsel of record including:

Attorney Mary Jean Fassett
McCarron & Diess
4910 Massachusetts Avenue, N.W.
Suite 18
Washington, DC 20016

Attorney Robert C. Wilson
Brian P. Borghesi & Associates
102 Wolcott Road
Wolcott, CT 06716

                                               Stuart A. Margolis       ct08803
                                               Commissioner of the Superior Court